UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-00268-FDW-DSC

| | |
|---|---|
| JAMES C. JACKSON; PATSY N. JACKSON; COLNAD, LLC, and THE COLNAD, LLC WELFARE BENEFIT PLAN AND TRUST, through its Co-Trustees, James Jackson and Patsy Jackson,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT W. SAYMAN; CAPITAL CHOICE ADVISORS, INC.; PACKERLAND BROKERAGE SERVICES, INC.; CLARK CAPITAL MANAGEMENT GROUP, INC.; and MIDLAND LIFE INSURANCE COMPANY,<br>    Defendants. | ORDER |

Pursuant to a Stipulation of Dismissal (Doc. No. 57) and after reviewing the Response submitted by Packerland Brokerage Services, Inc., (Doc. No. 58), the Court HEREBY ORDERS that all claims of Plaintiffs James C. Jackson, Patsy N. Jackson, Colnad, LLC, and The Colnad LLC Welfare Benefit Plan and Trust (collectively, "Plaintiffs"), against Defendant Midland National Life Insurance Company ("Midland") and Defendant Clark Capital Management Group, Inc. ("Clark Capital"), are hereby dismissed with prejudice and without the assessment of attorneys' fees or costs against Plaintiffs, Midland, or Clark Capital.

    IT IS SO ORDERED.

Signed: April 23, 2014

Frank D. Whitney
Chief United States District Judge